United States District Court
Middle District of Florida
Jacksonville Division

**JANE DOE D.C. 1,**

**Plaintiff,**

**v.** **NO. 3:26-CV-1974-MMH-LLL**

**APPLE, INC.,**

**Defendant.**

---

**Order Setting Hearing**

Before the Court is Plaintiff's Motion for Leave to Proceed Under Pseudonym, doc. 3, and Joint Motion for Extension of Time to Respond to Plaintiff's Complaint and Modified Briefing Schedule, doc. 21. The Court notes that plaintiff's motion was filed ex parte, without leave of Court. Defendant has now appeared in this action. Doc. 17. The Clerk is **directed** to remove the ex parte designation from Plaintiff's Motion for Leave to Proceed Under Pseudonym, doc. 3.

The parties are advised that a hearing on the motions will be held on **Thursday, September 17, 2026, at 11:00 a.m., via Zoom**. Lead counsel for both parties shall attend. The Clerk of Court is directed to separately email instructions for joining the video conference to the required participants. Should counsel be unable to appear via Zoom, with twenty-four hours advance notice to the undersigned's courtroom deputy, they may appear telephonically. In the event counsel is granted the ability to appear telephonically, they shall call at least ten minutes before the hearing is scheduled to

begin.

All participants are reminded that, under Local Rule 5.01, United States District Court, Middle District of Florida, no one may broadcast, televise, record, or photograph a judicial proceeding, including a proceeding by telephone or video. Additionally, all participants involved in the proceeding are directed to review Local Rule 5.03(e) prior to the hearing.

**Ordered** in Jacksonville, Florida, on August 24, 2026.

/s/ Laura Lothman Lambert
*United States Magistrate Judge*

c:
D. Todd Mathews, Esquire
Lee Floyd, Esquire
Brian George Liegel, Esquire
David Singh, Esquire