United States District Court
Middle District of Florida
Jacksonville Division

**JANE DOE D.C. 1,**

**Plaintiff,**

**v.** **NO. 3:26-CV-1974-MMH-LLL**

**APPLE, INC.,**

**Defendant.**

---

**Order**

On September 17, 2026, the Court held a hearing on Plaintiff's pending Motions for Leave to Proceed Under Pseudonym, docs. 3, 23, 25, and the parties' Joint Motion for Extension of time to Respond to Plaintiff's Complaint and Modified Briefing Schedule, doc. 21. For the reasons stated at the hearing, it is **ordered**:

1. The parties' Joint Motion for Extension of time to Respond to Plaintiff's Complaint and Modified Briefing Schedule, doc. 21, is **granted**. Defendant shall file its responsive pleading to plaintiff's complaint, doc. 1, **on or before December 22, 2026**. Plaintiff may either file an amended complaint, or a response to the pleading (if permitted by the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Middle District of Florida), **on or before February 1, 2027**. Defendant may file any permissible reply on **or before February 22, 2027**.

2. Plaintiff's Motion for Leave to Proceed Under Pseudonym, doc. 3; Plaintiff Jane Doe D.C. 1's Unopposed Amended Motion for Leave to Proceed Pseudonym, doc. 23; and Plaintiff Jane Doe D.C. 1's Unopposed Second Amended Motion for Leave to Proceed Under Pseudonym, doc. 25, are **denied without prejudice**. Plaintiff is directed to file a renewed motion that includes a Memorandum of Law, as required by the Local Rules of this Court, *see* Local Rule 3.01(b), and citation to relevant Eleventh Circuit authority **on or before October 2, 2026**.

3. Within **seven (7) days** of the Judicial Panel on Multidistrict Litigation's decision regarding centralization of pending AirTag-related litigation, the parties are directed to file a joint status report regarding how they intend to proceed.

**Ordered** in Jacksonville, Florida, on September 18, 2026.

/s/ Laura Lothman Lambert
*United States Magistrate Judge*

c:
D. Todd Mathews, Esquire
Lee Floyd, Esquire
Brian George Liegel, Esquire
David Singh, Esquire